██ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAYMOND EDWARD WOOD, Appellant, v. HAROLD W. FOLLETTE, as Warden of Green Haven Prison, Respondent.—

 No opinion. Munder, Acting P. J., Martuscello, Christ and Benjamin, JJ., concur; Shapiro, J., concurs in result on the ground that the alleged defect raised in the instant habeas corpus proceeding appears in the record of the criminal case which resulted in the prison sentence which relator is serving and could have been asserted on direct appeal from the judgment imposing the sentence.

██ ANDREW R. WILLIAMS, Appellant, v. CITY OF NEW YORK, Respondent, et al., Defendant.—█

 Munder, Acting P. J., Martuscello, Shapiro, Christ and Benjamin, JJ., concur.